THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY
INVESTING COMPANY, Appellant, *v.* MARTIN SAXE et al.,
as State Tax Commissioners, Respondents.

*People ex rel. City Investing Co.* v. *Saxe,* 177 App. Div. 16,
affirmed.

(Argued June 4, 1917; decided June 15, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 12, 1917, which confirmed, on certiorari, a deter-
mination of the state tax commission refusing to revise
or readjust the franchise tax assessed against the relator
for the year ending October 31, 1915. The relator com-
plains of the determination of the tax department in fix-
ing a tax upon the common stock at a valuation at par,
maintaining that the average market value of the com-
mon stock determined by the examination of sales during
the year furnishes the only test of actual value of the stock.

*Edward F. Clark* for appellant.

*Merton E. Lewis, Attorney-General (Harold J. Hin-
man* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
POUND, MCLAUGHLIN and CRANE, JJ.